**Order entered August 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00907-CV

## IN THE INTEREST OF H.B.C., A CHILD

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-17-1672**

## ORDER

Before the Court is the request of Paula Thomas, Official Court Reporter for the 397th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **Monday, August 19, 2019**.

/s/     KEN MOLBERG
        JUSTICE